

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2024

No. 04-23-01067-CV

**IN RE MESILLA VALLEY TRANSPORTATION** and Robert Stowbridge

Original Mandamus Proceeding[1]

## ORDER

On December 6, 2023 relator filed a petition for writ of mandamus. Relator also filed a motion for stay seeking to stay portions of the underlying order at issue pending resolution of the petition for writ of mandamus, which this court granted in part on December 8, 2023. The court has considered the petition and the response and is of the opinion relator is entitled to the relief sought. Accordingly, the stay imposed in our order dated December 8, 2023 is LIFTED, and the petition for writ of mandamus is CONDITIONALLY GRANTED.

The Honorable Mary Lou Alvarez is ORDERED to vacate the following portions of the decretal paragraphs in the trial court's December 6, 2023 "Order Granting Plaintiff's Motion to Compel Defendants', Mesilla Valley Transportation and Robert Stobridge (sic), Responses to Plaintiff's First Set of Interrogatories, First Sets of Requests for Production and Second Set of Requests for Production" within fifteen days of this order.

The Court's (sic) rules as follows.

> Regarding Plaintiff's First Set of Interrogatories to Defendant, Mesilla Valley Transportation . . . [a]s to Interrogatory 9, Defendant's objections are overruled. However, the court limits the time period covered in Interrogatory 9 to July 12, 2017-Present, and the court limits the Interrogatory 9 to only include lawsuits for personal injury matters involving truck wrecks.

. . . .

> Regarding Plaintiff's Second Set of Requests for Production to Defendants, Mesilla Valley Transportation and Robert Stowbridge, Defendants' objections are overruled as to Request 1 . . . . With regard to Request 1, Counsel for the parties

---

[1] This proceeding arises out of Cause No. 2022-CI-17679, styled *John Rudd vs. Mesilla Valley Transportation and Robert Stowbridge*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

shall confer on the logistics of the production of the cell phone. If an agreement cannot be reached, the Court will consider the issue at a contested Motion to Enter hearing. Plaintiff's forensic examiner, Flashback Data, LLC, must return Robert Stowbridge's cell phone to counsel for Robert Stowbridge within 48 hours of receipt of Robert Stowbridge's cell phone.

The writ will issue only if the trial court fails to comply.

It is so **ORDERED** on May 8, 2024.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2024.

_____
Luz Estrada, Chief Deputy Clerk